renewal thereof when the appeal is brought on for a hearing, and without prejudice to a new motion to dismiss unless said appeal is diligently prosecuted. Whether the judgment of conviction may be reviewed under the notice of appeal which has been served will be then considered. Present —Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

The People of the State of New York ex rel. Louis Davanza, Relator, v. The Warden of the City Prison, Respondent. — Motion to dismiss appeal granted. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

The People of the State of New York ex rel. Louis J. Henninger, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Motion for reargument denied, without costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Michael Tedesco, Respondent, v. Maria Carisello and Another, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal, place the case on the April calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Joseph Aiston, an Infant, by William Aiston, his Guardian ad Litem, Respondent, v. Morse Dry Dock and Repair Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Julia A. Caire, Respondent, v. Gottfried Piel, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Steven Cimihud, Respondent, v. Grant Smith and Others, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Steven Cimihud, Respondent, v. Grant Smith and Others, Appellants.— Order unanimously affirmed, with costs. No opinion. Present — Jenks P. J., Thomas, Carr, Rich and Putnam, JJ.

Margarite A. Cody, Administratrix, etc., of Edward Cody, Deceased, Respondent, v. Bradley Contracting Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ.

Continental Securities Company, etc., Respondent, v. The New York Central Railroad Company, etc., and Others, Appellants.— Appeal dismissed on argument, with ten dollars costs and printing disbursements to the respondent. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Jeremiah Galvin, Appellant, Respondent, v. New York Central and Hudson River Railroad Company and The Walsh-Kahl Construction Company, Respondents, Appellants.— Judgment and orders unanimously affirmed, without costs. No opinion. Present — Burr, Carr, Stapleton, Rich and Putnam, JJ.

Josephine Gick, as Administratrix, etc., Respondent, v. The Walsh-Kahl Construction Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.